UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br>TERRENCE MICHAEL VANDEVER,<br>TINA LOUISE VANDEVER,<br><br>      DEBTOR(S). | CHAPTER 13<br><br>CASE NO. N12-12971-WHD |

**CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

    COMES NOW ADAM M. GOODMAN, Chapter 13 Trustee, and objects to Confirmation of the plan and files this Motion to Dismiss under 11 U.S.C. § 1307(c), for cause, including the following reasons:

    1.   The Debtors should provide proof of the $250.00 home maintenance, $224.00 telephone, $100.00 laundry/dry cleaning, $250.00 school/grooming/youth sports, $350.00 medical/dental, $500.00 ad valorem home/auto taxes, $113.00 homeowner's insurance, and 158.00 life insurance monthly expenses reflected on Schedule J.  11 U.S.C. §§1325(a)(3) and 1325(b)(1)(B).

    2.   The Chapter 13 budget reflects a $250.00 per month school/grooming/youth sport expense, a $224.00 per month telephone expense, a $250.00 per month home maintenance expense, and a $158.00 per month life insurance expense, expense amounts that may be excessive and unnecessary for the maintenance or support of the Debtors or dependent(s), in violation of 11 U.S.C. Sections 1325(a)(3) and 1325(b)(2)(A).

    3.   Pursuant to Debtors testimony, the monthly expense for mortgage is $1,909.65, not $2,486.00 per month as reflected on Schedule J, so that the Debtors have $576.35 in additional income to contribute to the plan, in violation of 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

4. The Debtors propose to keep and maintain mortgage payments on their residence, which the Coweta County Tax Assessor values at $441,462.00. The regular monthly mortgage payment is $1,909.65 and ongoing tax and insurance costs are $600.00 per month. Additionally, the Debtors propose no dividend for unsecured creditors. The Trustee contends that the Debtors' Plan was filed in bad faith. 11 U.S.C. Section 1325(a)(3).

WHEREFORE, the Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny Confirmation of the Chapter 13 Plan, and dismiss this case, and for such other and further relief that this Court deems just and proper.

April 3, 2013.

/s/Jonathan S. Adams
Jonathan S. Adams, Attorney
for the Ch. 13 Trustee
GA Bar No. 979073

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

N12-12971-WHD

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served

DEBTOR(S):

    TERRENCE MICHAEL VANDEVER
    TINA LOUISE VANDEVER
    167 SOUTH ARBOR SHORES
    NEWNAN, GA 30265

ATTORNEY FOR DEBTOR(S):

    BERRY & ASSOCIATES
    2751 BUFORD HIGHWAY, N.E.
    SUITE 400
    ATLANTA, GA  30324-5456

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 3rd day of April, 2013.


/s/Jonathan S. Adams
Jonathan S. Adams, Attorney for
the Ch. 13 Trustee
GA Bar No. 979073




Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444